BALTIMORE BUILDING AND CONSTRUCTION
TRADES COUNCIL *v.* ASSOCIATED
BUILDERS AND CONTRACTORS
OF MARYLAND, INC. ET AL.

[No. 29, September Term, 1976.]

*Decided November 8, 1976.*

---

The cause was argued before MURPHY, C. J., and SINGLEY, SMITH, DIGGES and LEVINE, JJ.

*Peter G. Angelos,* with whom was *Stephen B. Caplis* on the brief, for appellant.

*Joseph I. Huesman,* with whom were *Lerch & Huesman* on the brief, for appellee Associated Builders & Contractors of Maryland, Inc. *Henry R. Wolfe, Assistant Attorney General,* with whom was *Francis B. Burch, Attorney General,* on the brief, for appellee Commissioner of Labor and Industry. Submitted on brief by *James P. Bailey, Fulton P. Jeffers* and *Hearne, Fox & Bailey* for appellee Board of Education of Wicomico County.

PER CURIAM:

We granted certiorari to review the decision of the Court of Special Appeals in *Associated Builders v. Comm'r,* 31 Md. App. 171, 355 A. 2d 509 (1976) and after a careful review we conclude that the judgments of the Baltimore City Court were properly reversed for the reasons stated in the opinion by Judge Menchine.

> *Judgment of the Court of Special Appeals affirmed.*
> *Costs to be paid by the petitioner, Baltimore Building and Construction Trades Council.*